IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LEWIS THOMAS, III, | : |
| *Petitioner*, | : Case No. 1:24-cv-00704 |
| v. | : Judge Jeffery P. Hopkins |
| RYAN WALTERS, | : |
| *Respondent*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the December 20, 2024 Report and Recommendation of United States Magistrate Judge Chelsey Vascura (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed[1] and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** without prejudice for this Court's lack of jurisdiction over Petitioner's second or successive petition in the absence of prior authorization by the Sixth Circuit.

**IT IS SO ORDERED.**

Dated: April 3, 2025

Hon. Jeffery P. Hopkins
United States District Judge

---

[1] On February 20, 2025, Petitioner Lewis Thomas III filed a document titled "Petitioner's Response to Report and Recommendation," (the "Response"). Doc. 10. Petitioner expressly states in his Response that he "has no objection to the [Magistrate] Judge['s] Report and Recommendation." *Id.* at PageID 22.